■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD GRACE, Appellant. [823 NYS2d 750]—Judgment, Supreme Court, New York County (Jeffrey M. Atlas, J.), rendered on or about February 18, 2004, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Marlow, Nardelli and Sweeny, JJ.